# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**RANDY C. WILLIAMS**                                              **PLAINTIFF**

**v.**                                                        **1:15-cv-394-JCG**

**JACQUELINE BANKS, et al.**                                      **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered on September 26, 2017 dismissing with prejudice Plaintiff's claims against Defendants Jacqueline Banks, Hubert Davis, Ron King, Timothy Morris, Jennifer Roberts, and Unknown Coleman, this civil action should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED** this the 26th day of September, 2017.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE